DOCKET No. _15 mj 4558_     DEFENDANT: _Owen Reid_

AUSA _Andrew Thomas_     DEF.'S COUNSEL _Mel Roth (OUT) (retained)_
~~☐ RETAINED~~     ☐ FEDERAL DEFENDERS     ☐ CJA
_Chris Green (IN) (Federal Defenders)_

☐ _____ INTERPRETER NEEDED     ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5     ☐ Rule 9     ☐ Rule 5(c)(3)     ☐ Detention Hrg.
☑ Other: _Substitution of Counsel_

DATE OF ARREST _____     ☐ VOL. SURR.
TIME OF ARREST _____     ☐ ON WRIT
TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER     ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION     ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT     ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION     ☐ HOME DETENTION     ☐ CURFEW     ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

_U.S. DISTRICT COURT FILED JAN 20 2016 S.D. OF N.Y._

**DOC #_____**

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

_counsel substituted based on financial aff._

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY     ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED     ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED     ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____     ☐ ON DEFENDANT'S CONSENT

DATE: _January 20, 2016_     _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.